# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1224

_____

Kelly D. Warfield,

        Appellant,

v.

Tracey R. Dollison, Pennington
County State's Attorney's Office,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the District
\*   of South Dakota.
\*
\*      [UNPUBLISHED]
\*
\*

_____

Submitted: November 12, 2004
Filed: November 17, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Kelly D. Warfield appeals the district court's[*] adverse grant of summary judgment in Warfield's 42 U.S.C. § 1983 action. After carefully reviewing the record, we conclude the judgment was proper for the reasons stated by the district court. We deny Warfield's motion to supplement the record and affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[*]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.